FILED
CLERK, U.S. DISTRICT COURT

JUN 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JAMES LOUIS JENKINS III, | No. CV 04-4042 VAP (FFM) |
| Petitioner, | JUDGMENT |
| v. | |
| C. HARRISON, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Petition is dismissed with prejudice.

DATED: June 4 2008

VIRGINIA A. PHILLIPS
United States District Judge